# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                                          PLAINTIFF

v.

SHREDEWRICK ANDERSON

                                          DEFENDANT(S).

CASE NUMBER

8:17-MJ-00077

### ORDER OF TEMPORARY DETENTION
### PENDING HEARING PURSUANT
### TO BAIL REFORM ACT

Upon motion of _Defendant_____, IT IS ORDERED that a detention hearing is set for _Friday, March 31, 2017_____, _____, at _2:00_____ ☐a.m. / ☒p.m. before the Honorable _Douglas F. McCormick_____, in Courtroom _6B_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
                    *(Other custodial officer)*

Dated: _March 2?, 2017_____          _____
                                             Douglas F. McCormick
                                             U.S. ~~District Judge~~/Magistrate Judge